Kathryn C. Newman
Nevada Bar No. 13733
Kathryn.newman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Teleflex LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JASON SPANEL, | Case No.:  2:25-cv-02546-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANT'S PARTIAL MOTION TO DISMISS** |
| TELEFLEX LLC, | |
| Defendants. | (**First Request**) |

Pursuant to Local Rules IA 6-1 and 6-2, the parties, through their undersigned counsel hereby request the briefing schedule on Defendant's Motion to Dismiss (ECF No. 23) be modified as follows: (1) Plaintiff will have up to and including June 29, 2026 to file his Response to Defendant, Teleflex LLC's Motion to Dismiss; and (2) Defendant will have up to and including July 13, 2026, to file its Reply in Support of Its Motion to Dismiss. Plaintiff's opposition to the motion is currently due on June 22, 2026.

In support of this Stipulation, the parties state as follows:

1.      Plaintiff filed his Amended Complaint on March 23, 2026. (ECF No. 18.)

2.      Defendant filed its Motion to Dismiss on June 8, 2026. (ECF No. 23.) Plaintiff's response is currently due on June 22, 2026.

3.      Plaintiff's attorney has had to respond urgently to motions in other cases that had

been handled by an attorney who very recently left the Firm. As a result, additional time is necessary to fully research and prepare an appropriate response to Defendant's motion.

4.     The Parties request a one-week extension from June 22, 2026, to June 29, 2026, to respond to Defendant's Motion to Dismiss.

5.     Defendant's counsel will be on vacation the week of June 29. As a result, Defendant is requesting a corresponding one-week extension, from July 6, 2026, to July 13, 2026, to submit its reply in support of its motion to dismiss.

6.     The Parties have conferred by email on June 12, 2026, regarding the request for an extension.

7.     This request is not made for the purpose of delay.  Good cause exists to extend the briefing schedule as outlined above.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

For the foregoing reasons, the parties respectfully request that this Court enter an Order that Plaintiff's time to respond to Defendant's Motion to Dismiss is extended from June 22, 2026, to June 29, 2026 and Defendant's time to reply is extended from July 6, 2026, to July 13, 2026.

IT IS SO STIPULATED

DATED this 22nd day of June, 2026.

JAMES KELLY LAW FIRM, P.C.

/s/ Jay L. Cohen
Jay L. Cohen
New York Bar No. 1793074
68 S. Service Road, Suite 100
Melville, NY 11747

LAW OFFICES OF DANIEL MARKS
Daniel Marks
Nevada State Bar No. 002003
Adam Levine, Esq.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101

Attorneys for Plaintiff Jason Spanel

DATED this 22nd day of June, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kathryn C. Newman
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

Attorneys for Teleflex LLC

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

June 24, 2026
_____
DATE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

3