Kathryn C. Newman
Nevada Bar No. 13733
Kathryn.newman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Teleflex LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JASON SPANEL,<br><br>Plaintiff,<br><br>vs.<br><br>TELEFLEX LLC,<br><br>Defendants. | Case No.:  2:25-cv-02546-GMN-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jason Spanel ("Plaintiff"), through his counsel, James Kelly Law Firm, P.C., and Defendant, Teleflex, LLC ("Defendant"), by and through its counsel, Ogletree Deakins, Nash, Smoak & Stewart, P.C., that the Early Neutral Evaluation ("ENE") scheduled for July 16, 2026, be continued to a new date and time, but no sooner than August 17, 2026, and the submission date for the parties' confidential mediation statement, currently due July 9, 2026, be moved to reflect the revised hearing date. The additional time is requested in order to allow parties to meaningfully review their respective initial disclosures and accompanying production and to complete briefing on Defendant's pending Motion to Dismiss.

(ECF No. 23.)

The parties have been diligent in their litigation of this case. Defendant Teleflex LLC was first named in Plaintiff's Amended Complaint, filed on March 23, 2026. (ECF No. 18.) Pursuant to Rule 4, Fed .R. Civ. P., Defendant waived service and timely responded to the Amended Complaint on June 8, 2026, by filing a Motion to Dismiss. (ECF Nos. 22, 23.) The parties submitted a stipulation that would set Plaintiff's opposition to the motion on June 29, 2026 and Defendant's reply in support is due on July 13, 2026. (ECF No. 25.)

The parties have timely scheduled their Rule 26 conference for July 9, 2026. Initial disclosures will be exchanged no sooner than July 23, 2026.

The additional time is requested so that the parties will have the opportunity to evaluate and incorporate their respective initial disclosures into their confidential mediation briefs submitted to the Court. It will also allow the parties to complete their briefing on the Defendant's motion to dismiss in advance of submitting the confidential mediation statement for the Court's consideration. The current setting for the ENE would have the hearing conducted before the parties exchange their initial disclosures. This will impact the parties' and the Court's ability to assess the merits of the case. Further, the current briefing schedule means that Defendant will be preparing its reply in support of its motion to dismiss at the same time it is preparing its confidential mediation statement.[1]

This request is made in good faith and not for purposes of delay. It is the first request to reschedule the ENE hearing.

### CONCLUSION

For the foregoing reasons, Plaintiff and Defendant, by and through their respective attorneys of record, hereby submit this proposed Stipulation and Order to Reschedule the Early Neutral

---

[1] In addition, counsel for Defendant is scheduled to be out of the office on annual vacation during this time period as well.

Evaluation currently scheduled for July 16, 2026, to a time convenient for this Court and the confidential mediation statement submission to seven days before the new setting.

IT IS SO STIPULATED

DATED this 23rd day of June, 2026.

JAMES KELLY LAW FIRM, P.C.

/s/ Jay L. Cohen
Jay L. Cohen
New York Bar No. 1793074
68 S. Service Road, Suite 100
Melville, NY  11747

LAW OFFICES OF DANIEL MARKS
Daniel Marks
Nevada State Bar No. 002003
Adam Levine, Esq.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101

Attorneys for Plaintiff Jason Spanel

DATED this 23rd day of June, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.

/s/ Kathryn C. Newman
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

Attorneys for Teleflex LLC

**ORDER**

IT IS SO ORDERED.

The Early Neutral Evaluation is continued to **September 18, 2026, at 9:00 a.m.**

The Confidential Settlement Briefs are due by no later than **4:00 p.m., September 11, 2026.**

All other aspects of the Court's 03/16/2026 (ECF No. 17) Order remain in effect.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

June 26, 2026
_____
DATE

3