Kathryn C. Newman
Nevada Bar No. 13733
Kathryn.newman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Teleflex LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JASON SPANEL,<br><br>Plaintiff,<br><br>vs.<br><br>TELEFLEX LLC,<br><br>Defendants. | Case No.: 2:25-cv-02546-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISMISSAL DEADLINES**<br><br>**(First Request)** |

The parties, through their undersigned counsel hereby request the Court continue the date by which they must file a proposed stipulation and order for dismissal from November 2, 2026, to December 4, 2026. The stipulation is entered for the following reasons:

1. On September 18, 2026, the parties participated in an Early Neutral Evaluation session before Magistrate Judge Maximiliano D. Couvillier, III, and were able to reach a settlement agreement, the terms of which are confidential. (ECF No. 42.)

2. Judge Couvillier entered an order instructing the parties to file a proposed stipulation and order for dismissal by November 2, 2026. (*Id.*)

3. The parties have finalized their settlement agreement and, under the terms of which, the settlement payment is to be made by November 23, 2026.

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

4. The parties respectfully request that the date by which they are to file a stipulation to dismiss be extended to December 4, 2026, to allow for the settlement payment and in light of the Thanksgiving Holiday Weekend.

5. This is the first request for an extension of time.

IT IS SO STIPULATED.

DATED this 23rd day of October, 2026.

JAMES KELLY LAW FIRM, P.C.

*/s/ Jay Cohen*

Jay L. Cohen
New York Bar No. 1793074
68 S. Service Road, Suite 100
Melville, NY 11747

LAW OFFICES OF DANIEL MARKS
Daniel Marks
Nevada State Bar No. 002003
Adam Levine, Esq.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Jason Spanel*

DATED this 23rd day of October, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Kathryn C. Newman*

Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Teleflex LLC*

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

October 28, 2026
DATE



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800