Kathryn C. Newman
Nevada Bar No. 13733
Kathryn.newman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Teleflex LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JASON SPANEL,<br><br>Plaintiff,<br><br>vs.<br><br>TELEFLEX LLC,<br><br>Defendants. | Case No.: 2:25-cv-02546-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

IT IS HEREBY STIPULATED, by and between Plaintiff Jason Spanel ("Plaintiff") and Defendant Teleflex LLC ("Defendant"), by and through their respective counsel below, that the above-entitled matter be dismissed with prejudice, with each side bearing their own fees and costs.

DATED this 24th day of November, 2026.

JAMES KELLY LAW FIRM, P.C.

*/s/ Jay Cohen*

Jay L. Cohen
New York Bar No. 1793074
68 S. Service Road, Suite 100
Melville, NY 11747

LAW OFFICES OF DANIEL MARKS
Daniel Marks
Nevada State Bar No. 002003
Adam Levine, Esq.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Jason Spanel*

DATED this 24th day of November, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Kathryn C. Newman*

Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Teleflex LLC*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice,** with each party to bear its own costs and attorneys' fees.

The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED:**

**DATED** this 24 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT